IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CLEARONE COMMUNICATIONS, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WIDEBAND SOLUTIONS, INC., a Georgia corporation, and DONALD BOWERS, an individual,<br><br>Defendants. | ORDER GRANTING PLAINTIFF'S MOTION TO AMEND<br><br><br><br>Case No. 2:08-CV-474 TS |

This matter is before the Court on Plaintiff's Motion for Leave to Amend. Defendants have not responded to Plaintiff's Motion.[1] Having considered the Motion and good cause appearing, it is hereby

ORDERED that Plaintiff's Motion for Leave to Amend (Docket No. 35) is GRANTED. Plaintiff shall file its Amended Complaint within thirty (30) days after the proceedings pertaining to the above-named Defendants in the case of *ClearOne Communications, Inc. v. Chiang, et al.*,

---

[1] DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice."). Also pending before the Court is Defendant Donald Bowers' Motion to Dismiss (Docket No. 28).

1

Case No. 2:07-CV-37 TC have completed. The Court will consider Defendant Donald Bowers' Motion to Dismiss (Docket No. 28) after Plaintiff's Amended Complaint has been filed.

DATED   August 5, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge